# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH BARTELLI,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| **v.** | : | **No. 04-cv-3817** |
| | : | |
| **JAMES WYNDER,** *et al.*, | : | |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this **14th** day of **April 2026**, upon review of Petitioner's Motion for Relief from Final Order and Judgment Pursuant to Rule 60(b)(2) & (6) Fed. Rule of Civil Procedure (the "Petitioner's Rule 60(b) Motion") (ECF No. 90), Respondents' Response to Petitioner's Motion for Relief from Final Judgment (ECF No. 94), and the docket, it is hereby **ORDERED** as follows:

1. Petitioner's Rule 60(b) Motion (ECF No. 90) is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the accompanying memorandum opinion.

2. No certificate of appealability shall issue because Petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**