**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEITH BARTELLI,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| **v.** | : | **No. 04-cv-3817** |
| | : | |
| **JAMES WYNDER,** *et al.*, | : | |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this **11th** day of **May 2026**, upon consideration of Petitioner's Motion to Alter or Amend Judgment (the "Rule 59(e) Motion") (ECF No. 99), and the docket, it is hereby **ORDERED** as follows:

1. Petitioner's Rule 59(e) Motion (ECF No. 99) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

2. No certificate of appealability shall issue because Petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**